UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br>        Plaintiff<br><br>            v.<br><br>THE ESTATE OF FELIZ NELSA CABAN<br>SANTIAGO a/k/a FELIZ CABAN<br>SANTIAGO, composed by her known<br>heirs BELINDA ANN GARCIA CABAN,<br>NELSON GARCIA CABAN, and MARK<br>ANTHONY GARCIA CABAN<br>        Defendants | CIVIL NO. 07-1726(SEC)<br><br>FORECLOSURE OF MORTGAGE |

*(stamp: RECEIVED AND FILED 2007 NOV -7 PM 2:39 CLERK'S OFFICE ANNEX U.S. DISTRICT COURT OLD SAN JUAN, PR)*

### JUDGMENT BY DEFAULT

Upon plaintiff's motion for judgment, and it appearing from the records on file in this proceeding that default was entered by the Clerk of this Court upon defendants THE ESTATE OF FELIZ NELSA CABAN SANTIAGO a/k/a FELIZ CABAN SANTIAGO, composed by her known heirs BELINDA ANN GARCIA CABAN, NELSON GARCIA CABAN, and MARK ANTHONY GARCIA CABAN for failure to answer or otherwise plead in this case, against which defendants the plaintiff is entitled to a Judgment by Default, and the Court being fully advised in the premises, hereby

ORDERS, ADJUDGES, AND DECREES:

1.  On December 3, 1985, original borrowers herein subscribed a Mortgage Note for the principal amount of $38,600.00 with interest at the rate of 10%% per annum.

United States v. The Estate of Feliz Nelsa Caban Santiago a/k/a
Feliz Caban Santiago, et als.
Civil No. 07-1726(SEC)
Page 2

2.    Said Mortgage Note was subscribed in favor of or to the order of Rural Development, an agency and instrumentality of the United States of America.

3.    For the purpose of securing the payment of said note a mortgage was constituted by Deed Number 251, dated December 3, 1985 before the Notary Public Víctor Jacinto Estrella Hernández, over the following real property:

> "RUSTICA: Parcela de terreno ubicada en el Barrio Centro de Moca, Puerto Rico, con una cabida superficial de MIL CIEN PUNTO TRESCIENTOS NOVENTA Y NUEVE (1,100.399) METROS CUADRADOS, en lindes: por el NORTE, en diecinueve punto trescientos ochenta y cinco metros con Carretera Número Ciento Diez; por el SUR, en diecinueve punto trescientos ochenticinco metros con el remanente; por el ESTE, en cincuentiocho punto ciento cincuenta y cinco metros con Félix Gómez; y por el OESTE, en cincuentiocho punto ciento cincuenta y cinco metros con el remanente de la finca principal.
>
> Contiene una casa de concreto para fines residenciales.

Plaintiff's mortgage in the amount of $38,600.00 with interest at the rate of 10% per annum, is recorded at page 32, volume 156 of Moca, property number 8,732. second inscription, at the Registry of the Property of San Sebastián, Puerto Rico.

4. The defendants herein owners of record of this property have failed to comply with the terms and conditions of the mortgage contract and have refused to pay the stipulated monthly

United States v. The Estate of Feliz Nelsa Caban Santiago a/k/a
Feliz Caban Santiago, et als.
Civil No. 07-1726(SEC)
Page 3

installments, in spite of plaintiff's demands and collection efforts.

5. According to the terms and conditions of the mortgage contract if default is made in the payment of an installment under the note, and said default is not made good prior to the due date of the next installment, the entire principal sum and accrued interest shall at once become due and payable at the option of the holder.

6. The defendants' indebtedness with the plaintiff is:

    a) $32,531.06  of aggregate principal;

    b) $11,772.69 of interest accrued as of October 13, 2004 and thereafter until its full and total payment, which interest amount increases at the daily accrual rate of $9.47, plus costs, disbursements and attorneys fees due to the date of sale;

    c) $28,223.00 of Subsidy Recapture.

7. Defendants, as debtors of the amounts prayed for in the complaint, are hereby ORDERED AND ADJUDGED to pay unto the plaintiff the amounts specified and set forth in the preceding paragraph 6.

8. In default of the payment of the sums herein specified or of any part thereof within the ten (10) days from the date of entry of this judgment, said property shall be sold by the Marshal of this Court at public auction to the highest bidder thereof, without

United States v. The Estate of Feliz Nelsa Caban Santiago a/k/a
Feliz Caban Santiago, et als.
Civil No. 07-1726(SEC)
Page 4

an appraisement or right of redemption for the payment and
satisfaction of plaintiff's mortgage within the limits secured
thereby.

9. The Marshal of this Court shall make the sale hereinabove
mentioned in accordance with 28 U.S.C. Section 2001 and Section
2002 and the applicable provisions of the Commonwealth of Puerto
Rico Mortgage Law. The notice of sale shall be published in a
newspaper of general circulation once a week during four (4)
consecutive weeks. The amount of $38,600.00 shall serve as the
minimum bid for the first public sale. Should the first public
sale fail to produce an award or adjudication, two-thirds of the
aforementioned amount shall serve as the minimum bid for the second
public sale. Should there be no award or adjudication at the
second public sale, the basis for the third sale shall be one-half
of the amount specified as minimum bid for the first public sale.
The Marshal of this Court shall proceed to issue the corresponding
notice of sale to be published in a newspaper of general
circulation without the need of further orders or writs from this
Court. Such sale shall be subject to the confirmation of this
Court. Upon confirmation the Marshal shall execute the
corresponding deed of judicial sale to the purchaser and he shall
be entitled to the delivery of the property sold and its physical
possession, in accordance with law. Said possession may be

United States v. The Estate of Feliz Nelsa Caban Santiago a/k/a
Feliz Caban Santiago, et als.
Civil No. 07-1726(SEC)
Page 5

obtained through eviction of the occupant of the property without
the need of further order of this Court if executed within sixty
(60) days from the confirmation of the public sale.

10. Any funds derived from the sale to be made in accordance
with the terms of this judgment and such further orders of this
Court shall be applied as follows:

a) To the payment of all proper expenses attendant upon
said sale;

b) To the payments of that part of the indebtedness owed
to the plaintiff in the same order and for the amounts specified,
and set forth in the preceding paragraph 6;

c) If after making the above payments there shall be
surplus, said surplus shall be delivered to the Clerk of this
Court, subject to further orders of the Court;

d) In the case the proceeds from the said sale are not
sufficient to cover the full amounts owing to the plaintiff, the
plaintiff shall be entitled to a deficiency judgment against the
defendant and shall have execution therefor.

11. The Property Registrar of the corresponding Property
Registry of Puerto Rico shall proceed to the recording of the
judicial sale deed in favor of the purchaser, free of any liens
subsequent to the date of the execution of the foreclosed mortgage.

United States v. The Estate of Feliz Nelsa Caban Santiago a/k/a
Feliz Caban Santiago, et als.
Civil No. 07-1726(SEC)
Page 6

12. Plaintiff in these proceedings may apply to this Court for such further orders as it may deem advisable to its interest in accordance with the terms of this Judgment and the Clerk shall proceed to issue of course all necessary writs to enforce and execute the same.  Fed.R.Civ.P. 77(a).

In San Juan, Puerto Rico, this 7TH day of NOVEMBER 2007.



UNITED STATES DISTRICT JUDGE